```
 1
    THE LAW OFFICES OF RANDOLPH H. GOLDBERG
 2  RANDOLPH H. GOLDBERG, ESQ.
    4000 S. Eastern Avenue
 3  Suite 200
    Las Vegas, Nevada 89119
 4  (702) 735-1500
    Attorney for Debtor
 5  Nevada State Bar no. 5970

 6                    UNITED STATES BANKRUPTCY COURT

 7                        DISTRICT OF NEVADA

 8                           * * * * * *

 9  In re:                    )    BANKRUPTCY NUMBER:
    DAVID O'LEARY &            )    BK-S-09-16427-LBR
10  NITA O'LEARY              )    Chapter 13
                              )
11                            )
              Debtor.         )    Date: OST PENDING
12  _____)    Time: OST PENDING

13            EX PARTE MOTION FOR ORDER SHORTENING TIME

14          Comes now, the Debtor above-named, by and through his attorney,

15  Randolph H. Goldberg, Esq., and moves this Court for an Order Shortening

16  Time in which to hear the   MOTION TO REINSTATE AUTOMATIC STAY RE:
17  SECURED CREDITOR DEUTCHE BANK TO PROHIBIT SALE AND TO
    REINSTATE THE AUTOMATIC STAY
18   in case.

19          This Motion is made and based upon the papers and pleadings on

20  file herein and upon the Affidavit of Randolph H. Goldberg, Esq. attached

21  hereto.

22              DATED this _____ day of MAY, 2010.

23
                              THE LAW OFFICE OF
24                            RANDOLPH H. GOLDBERG, ESQ.

25                            By_/s/RANDOLPH H. GOLDBERG, ESQ. /s/_
                              RANDOLPH H. GOLDBERG, ESQ.
26                            4000 S. EASTERN AVENUE, STE. 200
                              LAS VEGAS, NV 89119
27                            Attorney for Debtor
```

#### AFFIDAVIT OF RANDOLPH H. GOLDBERG, ESQ.

STATE OF NEVADA    )
                   ss:
COUNTY OF CLARK    )

RANDOLPH H. GOLDBERG, ESQ., being first duly sworn, deposes and says:

1. That he is the attorney of record in the above-captioned matter and is licensed to practice law in the State of Nevada.

2. That he is competent to testify to the matters related herein to the best of his own knowledge and belief.

3. That your affiant believes this to be an urgent matter in that the debtors' time frame in which to file thisMotion due to the fact that the residence could be sold prior to a potential court date the sale of the residence is scheduled for an auction date

Therefore, your affiant requests that the Court enter its order shortening time in which to hear the MOTION TO REINSTATE AUTOMATIC STAY RE: SECURED CREDITOR DEUTCHE BANK TO PROHIBIT SALE AND TO REINSTATE THE AUTOMATIC STAY

/s/ Randolph Goldberg Esq.
RANDOLPH H. GOLDBERG, ESQ.

SWORN TO AND SUBSCRIBED BEFORE ME
this 10TH day of MAY, 2010

/s/ Adam Parmelee
NOTARY PUBLIC in and for the
County of Clark, State of Nevada
My Commission expires April 21, 2012.