**Entered on Docket**
**July 16, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of January 1, 2007, GSAMP Trust 2007-FM1
09-78059

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

David O'Leary and Nita O'Leary

Debtors.

BK-S-09-16427-lbr

MS Motion No.
Date:
Time:

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 7 Monthly Payments(s) at $2,849.46 (October 1, 2009 - July 1, 2010) | $19,946.22 |
| 9 Late Charge(s) at $146.05 (October 1, 2009 - June 15, 2010) | $1,314.45 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($248.16) |
| Total | $21,912.51 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $3,652.09 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the July 20, 2010 payment and continuing throughout and concluding on or before November 20, 2010. The sixth final payment in the amount of $3,652.06 shall be paid on or before December 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the August 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4708 Compass Bow Lane, Las Vegas, NV 89130, and legally described as follows:

PARCEL I:

LOT THREE (3) IN BLOCK TWO (2) OF RANCHO ALTA MIRA LOT 9 - # 2, AS SHOWN BY MAP THEREOF IN FILE IN BOOK 49 OF PLATS, PAGE 42 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS FRO AND ENJOYMENT OF THE COMMON AREA ASSET FORTH IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTION RECORDED MAY8, 1990 IN BOOK 900508 AS INSTRUMENT NO. 677, OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

1  and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of
2  Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an
3  attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
4  (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
5  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
6  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
7  State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:
WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Randolph Goldberg

By _____

Randolph Goldberg
Attorney for Debtors
4000 S. Eastern Ave., #200
Las Vegas, NV 89119

Nevada Bar No. 10972

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_   The court waived the requirements of LR 9021.
\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_   No parties appeared or filed written objections, and the trustee is the movant.
\_x\_   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  _X_ approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  _X_ approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor