Entered on Docket
July 29, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of January 1, 2007, GSAMP Trust 2007-FM1
09-78059

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-16427-lbr |
| David O'Leary and Nita O'Leary | MS Motion No.<br>Date: June 16, 2010<br>Time: 10:30 a.m. |
| | Chapter 13 |
| Debtors. | |

## ORDER RE: MOTION TO REINSTATE AUTOMATIC STAY RE: SECURED CREDITOR DEUTSCHE BANK TO PROHIBIT SALE AND REINSTATE THE AUTOMATIC STAY

Debtor's Motion To Reinstate Automatic Stay Re: Secured Creditor Deutsche Bank To Prohibit Sale And Reinstate The Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the automatic stay vacated by Secured Creditor's order entered on or about February 22, 2010 is hereby reinstated as to subject property generally described as: 4708 Compass Bow Lane, Las Vegas, NV 89130, and legally described as follows:

    PARCEL I:

    LOT THREE (3) IN BLOCK TWO (2) OF RANCHO ALTA MIRA LOT 9 - # 2, AS SHOWN BY MAP THEREOF IN FILE IN BOOK 49 OF PLATS, PAGE 42 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

    PARCEL II:
    A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS FRO AND ENJOYMENT OF THE COMMON AREA ASSET FORTH IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTION RECORDED MAY 8, 1990 IN BOOK 900508 AS INSTRUMENT NO. 677, OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall cease all pending foreclosure processes until the automatic stay is removed either by an order approved by this court or dismissal.

Submitted by:

WILDE & ASSOCIATES

By _____ #10235
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Randolph Goldberg

By _____

Randolph Goldberg
Attorney for Debtors
4000 S. Eastern Ave., #200
Las Vegas, NV 89119

Nevada Bar No. 10972

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor