1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   208 South Jones Boulevard
3  Las Vegas, Nevada 89107
   Telephone:  702 258-8200
4  Fax:  702 258-8787
5  and
   MARK S. BOSCO, ESQ.
6  Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
7  2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
8  Telephone: (602) 255-6000
9
   Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as
10 of January 1, 2007, GSAMP Trust 2007-FM1
   09-78059
11

12            **UNITED STATES BANKRUPTCY COURT**

13             **SOUTHERN DISTRICT OF NEVADA**

14

15 | In Re: | 09-16427-lbr |
16 | David O'Leary and Nita O'Leary | MS Motion No.<br>Date: |
17 | | Time: |
18 | Debtors. | Chapter 13 |
19

20            **DECLARATION RE BREACH OF CONDITION**

21 STATE OF Texas     )
                      )ss.
22 COUNTY OF _____ HARRIS)

23    I, Nancy Rexford ___ declare and state:

24    1.    As to the following facts, I know them to be true of my personal knowledge, and if called

25 upon to testify in this action, I could and would testify competently thereto.

26    2.    I am an employee of Litton Loan Servicing LP, servicer for Deutsche Bank National Trust

Company as Trustee under the Pooling and Servicing Agreement dated as of January 1, 2007, GSAMP

Trust 2007-FM1, Secured Creditor herein, and am most familiar with the

1   loan and the ongoing litigation.

2        3.      The real property subject to the Trust Deed is commonly described as 4708 Compass Bow

3   Lane , Las Vegas, NV 89130 and legally described as follows:

4        PARCEL I:

5        LOT THREE (3) IN BLOCK TWO (2) OF RANCHO ALTA MIRA LOT 9 - # 2, AS SHOWN BY
        MAP THEREOF IN FILE IN BOOK 49 OF PLATS, PAGE 42 IN THE OFFICE OF THE
6        COUNTY RECORDER OF CLARK COUNTY, NEVADA.

7        PARCEL II:
        A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS FRO AND ENJOYMENT
8        OF THE COMMON AREA ASSET FORTH IN THE MASTER DECLARATION OF
        COVENANTS, CONDITIONS AND RESTRICTION RECORDED MAY8, 1990 IN BOOK
9        900508 AS INSTRUMENT NO. 677, OFFICIAL RECORDS.

10       4.      I have examined the document entitled "Order Regarding Adequate Protection", a copy of

11   which is attached hereto and marked as Exhibit "A" and incorporated herein by this reference, and am

12   representing my personal knowledge as to whether the Debtors have complied with the requirements of said

13   Order.

14       5.      Pursuant to the aforementioned Order, the Debtors would have fifteen (15) days from the

15   date of this Declaration in which to cure the delinquencies due. If upon the 16th) day, Debtors has failed to

16   so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured

17   Creditor.

18       6.      As of the date of this Declaration, the Debtors have not made the payments as required by

19   the aforementioned Order. The Debtors are presently past due as follows:

20           1 Monthly Payment                    $2,849.46
            (August 1, 2010)
21           1 Adequate Protection Charge         $3,652.09
            (July 20, 2010)
22           Total                                $6,501.55

23

24       7.      Debtors are responsible for the subsequent payments that will come due during this

25   Breach period:

26           a.    1 Monthly Payment at $2,849.46
            b.    1 Stipulated payment at $3,652.09

        **PARTIAL TENDERS WILL NOT BE ACCEPTED**

1     8.    Due to Debtors' failure to timely and properly comply with the Order as set forth

2  hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the

3  Stay Order to take possession of its real property.

4     9.    These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance

5  and are now owing to Secured Creditor from Debtors pursuant to the Trust Deed.

6     10.   Should the Debtor cure the default, the Debtors must forward the funds to:

7          **GREGORY L. WILDE, ESQ.**
               **WILDE & ASSOCIATES**

8          **212 South Jones Boulevard**
               **Las Vegas, Nevada 89107**

9

10         I declare under penalty of perjury that the foregoing is true and correct.

11

12

13                                  Bankruptcy Specialist

14

15  SUBSCRIBED and SWORN to before me
    this _9th_ day of _September,_ 2010

16

17  Notary Public in and for said

18  State and County   TEXAS, Harris

19

20

21

22

23

24

25

26

DANIELLA MARIE GARRETT
Notary Public
STATE OF TEXAS
My Comm. Exp. 06/18/2013

**Entered on Docket**
**July 16, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement
dated as of January 1, 2007, GSAMP Trust 2007-FM1
09-78059

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-16427-lbr |
| David O'Leary and Nita O'Leary | MS Motion No.<br>Date:<br>Time: |
| | Chapter 13 |
| Debtors. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

EXHIBIT "A"

1    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the

2  post-petition arrearages currently due as follows:

3   7 Monthly Payments(s) at $2,849.46               $19,946.22
    (October 1, 2009 - July 1, 2010)
4   9 Late Charge(s) at $146.05                       $1,314.45
    (October 1, 2009 - June 15, 2010)
5   Motion for Relief Filing Fee                       $150.00
    Attorneys Fees                                     $750.00
6   Suspense Amount                                   ($248.16)
    Total                                           $21,912.51
7

8

9          The total arrearage shall be paid in six monthly installments.  Payments one

10 through five (1-5) in the amount of $3.652.09 shall be in addition to the regular monthly payment

11 and shall be due on or before the 20th day of the month commencing with the July 20, 2010

12 payment and continuing throughout and concluding on or before November 20, 2010. The sixth

13 final payment in the amount of $3,652.06 shall be paid on or before December 20, 2010.

14    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor

15 shall give Debtors at least five business days' notice of the time, place and date of sale.

16    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume

17 and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan,

18 beginning with the August 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering

19 the subject Property, generally described as 4708 Compass Bow Lane , Las Vegas, NV 89130, and

20 legally described as follows:

21    PARCEL I:

22    LOT THREE (3) IN BLOCK TWO (2) OF RANCHO ALTA MIRA LOT 9 - # 2, AS
      SHOWN BY MAP THEREOF IN FILE IN BOOK 49 OF PLATS, PAGE 42 IN THE
23    OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

24    PARCEL II:
      A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS FRO AND
25    ENJOYMENT OF THE COMMON AREA ASSET FORTH IN THE MASTER
      DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTION RECORDED
26    MAY8, 1990 IN BOOK 900508 AS INSTRUMENT NO. 677, OFFICIAL RECORDS.

      IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make

   any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

   Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

1    and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

2    Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an

3    attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

4    (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

5    Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

6    thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

7    State Law, and take any action necessary to obtain complete possession thereof.

8

9    Submitted/by:

10    WILDE & ASSOCIATES

11

12    By_____
          GREGORY L. WILDE, ESQ.

13        Attorneys for Secured Creditor
          212 South Jones Boulevard

14        Las Vegas, Nevada 89107

15    APPROVED AS TO FORM & CONTENT:

16    Kathleen A Leavitt                              Randolph Goldberg

17    By_____                          By_____

18
      Kathleen A Leavitt                              Randolph Goldberg
19    Chapter 13 Trustee                              Attorney for Debtors
      201 Las Vegas Blvd., So. #200                   4000 S. Eastern Ave., #200
20    Las Vegas, NV 89101                             Las Vegas, NV 89119

21

22                                                    Nevada Bar No. 10972

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below: .

Debtor's counsel:

__×__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__×__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000

Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as
of January 1, 2007, GSAMP Trust 2007-FM1
09-78059

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-16427-lbr |
| David O'Leary and Nita O'Leary | MS Motion No.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

## CERTIFICATE OF MAILING OF
## DECLARATION RE BREACH OF CONDITION

1. On ___9\|14\|10___ I served the following documents(s):

DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  a. ECF System

Randolph Goldberg
randolphgoldberg@yahoo.com
Attorney for Debtors

Kathleen A Leavitt
courtsecf3@las13.com
Trustee

X  **b. United States mail, postage fully prepaid:**

David O'Leary and Nita O'Leary
4708 Compass Bow Lane
Las Vegas, NV 89130
Debtors

□  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

□    1.    For a party represented by an attorney, delivery was made by handing the

document(s) to the attorney s office with a clerk or other person in charge, or if no one is charge

by leaving the document(s) in a conspicuous place in the office.

N/A

□    2.    For a party, delivery was made by handing the document(s) to the party or

by leaving the document(s) at the person s dwelling house or usual place of abode with someone

of suitable age and discretion residing there.

N/A

□  **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I

caused the document(s) to be sent to the persons at the mail addresses listed below. I did not

receive, within a reasonable time after the transmission, any electronic message or other

indication that the transmission was unsuccessful.

□  **e. By fax transmission**  *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or

a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error

was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  **f. By messenger**  *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on :