

Entered on Docket
October 08, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of January 1, 2007, GSAMP Trust 2007-FM1
09-78059 / 40482788

## UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-16427-lbr |
| David O'Leary and Nita O'Leary | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on September 14, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor. Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of January 1, 2007, GSAMP Trust 2007-FM1 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 4708 Compass Bow Lane, Las Vegas NV and legally described as follows:

PARCEL I:

LOT THREE (3) IN BLOCK TWO (2) OF RANCHO ALTA MIRA LOT 9 - # 2, AS SHOWN BY MAP THEREOF IN FILE IN BOOK 49 OF PLATS, PAGE 42 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS FRO AND ENJOYMENT OF THE COMMON AREA ASSET FORTH IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTION RECORDED MAY8, 1990 IN BOOK 900508 AS INSTRUMENT NO. 677, OFFICIAL RECORDS.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

///

///

///

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107